## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:07CR154-03-C

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **PORFIRIO ORTA-ROSARIO,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

Previous Order (document #202) is stricken and replaced with a Memorandum and Recommendation and Order to be filed this date.

**SO ORDERED.**

Signed: June 3, 2009

David S. Cayer
United States Magistrate Judge