IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cr154

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| PORFIRIO ORTA-ROSARIO (3) ) | |

**THIS MATTER** is before the Court upon the defendant's Motion for Bond Pending Appeal. (Doc. No. 370).

The Court allowed the defendant to remain on conditions of release pending designation to a Bureau of Prisons institution based on findings that he was not likely to flee and no longer posed a danger to the safety of any other person or the community. 18 U.S.C. § 3143(a)(1). To remain released pending appeal, a defendant must also must show that the appeal is not for the purpose of delay and raises a substantial question of law or fact likely to result in reversal, a new trial, a sentence without imprisonment, a sentence reduced below the time necessary for an appeal. 18 U.S.C. § 3143(b)(1)(B). Considering the issues noted by the defendant his motion and the entire record of this case, the Court finds that he has failed to establish that such a result is likely on appeal.

**IT IS, THEREFORE, ORDERED** that the defendant's Motion for Bond Pending Appeal (Doc. No. 370) is **DENIED**.

Signed: June 28, 2010

Robert J. Conrad, Jr.
Chief United States District Judge