UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:07-cr-00154-RJC-DSC

| | |
|---|---|
| **USA,** | ) |
| | ) |
| | ) ORDER |
| vs. | ) |
| | ) |
| **PORFIRIO ORTA-ROSARIO,** | ) |

**THIS MATTER** is before the Court upon a motion of the defendant for early termination of his supervised release. (Doc. No. 433).

Title 18, United States Code, Section 3583(e)(1) allows a court to terminate a term of supervised release after one year where warranted by the conduct of the defendant and the interest of justice. The defendant complains that good time was taken away from him in prison without grounds, which wrongfully extended the period of his supervision, preventing him from voting in the upcoming presidential elections. (Doc. No. 433: Motion at 1). He considers being under supervision a continuation of the miscarriage of justice that led to his conviction at trial which hurts him by limiting where he can live and work. (Id.). The defendant's failure to satisfy his financial obligations in the case and to accept responsibility for his serious criminal actions show that early termination is not warranted by his conduct nor would it be in the interest of justice. Therefore, the Court does not find good cause to terminate supervised release early.

**IT IS, THEREFORE, ORDERED** that the motion, (Doc. No. 433), is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: October 19, 2016

Robert J. Conrad, Jr.
United States District Judge